IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| LINDA BRADSHAW, | § | |
| *Plaintiff,* | § | |
| v. | § | Civil Action No. 1:23-CV-00294 |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | § | |
| *Defendant*. | § | |

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

I am admitted to practice in this Court and hereby appear as additional counsel for:

The Lincoln National Life Insurance Company.

Date: September 8, 2023

Respectfully submitted,

ORGAIN BELL & TUCKER, LLP

470 Orleans Street
P. O. Box 1751
Beaumont, TX 77704-1751
(409) 838-6412 Telephone
(409) 838-6959 Facsimile

Robert J. Hambright
rjh@obt.com
State Bar No. 08814300

ATTORNEYS FOR DEFENDANT
THE LINCOLN LIFE INSURANCE COMPANY

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was filed via the Court's CM/ECF system on September 8, 2023, and thereby served on the following attorneys of record:

J. Price McNamara
Law Office of J. Price McNamara
10455 Jefferson Highway, Ste. 2B
Baton Rouge, LA 70809
Telephone: 225-201-8311
Facsimile: 225-612-6973
Email: price@jpricemcnamara.com

Iwana Rademaekers
Law Offices of Iwana Rademaekers, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Direct: (214) 564-9542
Email: iwana@rademaekerslaw.com

Robert J. Hambright