**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| **LINDA BRADSHAW,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **Case No. 1:23cv00294** |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**JOINT REPORT OF RULE 26(f) PLANNING MEETING**

Pursuant to the Court's Order of August 31, 2023, and Federal Rule of Civil Procedure 26(f), a meeting was held on September 14, 2023, and at various times thereafter, and was attended by J. Price McNamara on behalf of Plaintiff Linda Bradshaw ("Plaintiff"), and Iwana Rademaekers on behalf of Defendant The Lincoln National Life Insurance Company ("Defendant"), and the parties file this report and respectfully show the Court as follows:

**1. A brief factual and legal synopsis of the case.**

Plaintiff seeks recovery of disability benefits and attorneys' fees under the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001 from Defendant. Defendant denies that Plaintiff is entitled to any relief.

**2. The jurisdictional basis for this suit.**

This Court has jurisdiction of this matter pursuant to 29 U.S.C. §1132(c) in that Plaintiff's claims arise under the Employee Retirement Income Security Act of 1974 (ERISA), 29 U.S.C. Sec. 1001, et seq. as Plaintiff seeks benefits under an ERISA employee welfare benefit plan. No parties disagree.

**3. Confirm that initial mandatory disclosures required by Rule 26(a)(1) and this order have been completed.**

As this is an action for review on an administrative record, this action is exempted from this requirement pursuant to F.R.C.P. 26(a)(1)(B)(i). However, Lincoln has already produced to Plaintiff a copy of the ERISA administrative record.

**4. Proposed Scheduling Order Deadlines.**

The above-styled action is a claim by Plaintiff for recovery of disability benefits. Plaintiff and Defendant agree Plaintiff's claims are governed by the Employee Retirement Income Security Act of 1974, as amended 29 U.S.C. §1001, et seq. ("ERISA"). As such, the parties believe the most cost-effective and prudent manner to resolve the litigation is to submit this action to the Court on a stipulated record and briefing. To facilitate the submission of the case to the Court, the parties propose the following deadlines in lieu of the deadlines requested in the standard schedule:

| | |
|---|---|
| January 5, 2024 | All discovery shall be commenced in time to be completed by this date. |
| February 2, 2024 | Deadline to mediate the case |
| February 16, 2024 | Joint Stipulated Record to be filed by the Parties |
| March 15, 2024 | Parties' Opening Briefs to be filed |
| April 12, 2024 | Parties' Response Briefs to be filed |

**5. If the parties agree that mediation is appropriate, and the parties can agree upon a mediator, the name, address, and phone number of that mediator, and a proposed deadline should be stated.**

The parties believe that non-binding mediation is an appropriate alternative dispute resolution method for resolving this matter if their discussions are not successful. If the Parties agree to mediate, the parties have agreed to mediate by February 2, 2024.

**6. What changes, if any, should be made to the limitations on discovery imposed by the rules, including number of depositions and interrogatories?**

As this matter is a claim for ERISA benefits allegedly due, no discovery is required or permitted in this case other than production of the relevant administrative record and plan documents, as well as the limited exceptions permitted by law under ERISA.

**7. The identity of persons expected to be deposed.**

The parties will not take any depositions in this case, other than Plaintiff potentially, but not necessarily, deposing one to three persons involved in the claims decision process confined by the limited exceptions permitted by law under ERISA.

**8. Any issues relating to disclosure or discovery of electronically stored information, including the form or forms in which it should be produced.**

Any otherwise discoverable electronically stored information generated as part of the claim process should be produced as part of the claim file, and that disclosure or discovery of any such information should be handled in accordance with the Federal Rules of Civil Procedure.

**9. Any agreements or disputes relating to asserting claims of privilege or preserving discoverable information, including electronically stored information and any agreements reached under Federal Rule of Evidence 502.**

None at this time.

**10. Whether any other orders should be entered by the Court pursuant to Federal Rule of Civil Procedure 26(c) or 16(b), (c).**

None at this time.

**11. The expected length of trial and whether it will be to a jury or the bench.**

The parties believe that the case may be resolved through summary judgment procedure, or a Rule 52 trial by briefing alone, with the joint filing of a stipulated record. However, if a trial is needed, the parties will request a bench trial and estimate that 8-12 hours will be required.

**12. The names of the attorneys who will appear on behalf of the parties at the Management Conference.**

**For the Plaintiff:**
J. Price McNamara
Bar Nos: LA 20291 & TX 24084626
10455 Jefferson Highway, Ste. 2B
Baton Rouge, LA 70809
Telephone: 225-201-8311
Facsimile: 225-612-6973
Email: price@jpricemcnamara.com
Attorney-in-Charge for Plaintiff

**Defendant**
Iwana Rademaekers
State Bar of Texas No. 16452560
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
PH: (214) 579-9319
FX: (469) 444-6456
Email: iwana@rademaekerslaw.com
Attorneys-in-Charge for Defendant

**13. Any other matters that counsel deem appropriate for inclusion in the Joint Conference Report.**

Because this is an action governed by ERISA, the parties request that the Court enter a briefing schedule and propose that the Stipulated Record be filed by February 16, 2024, the parties' Opening Briefs be filed on March 15, 2024, and the parties' Response Briefs on April 12, 2024.

DATED this 19th day of September 2023.

Respectfully submitted,

By: /s/ J. Price McNamara
J. Price McNamara
Bar Nos: LA 20291 & TX 24084626

J. Price McNamara
10455 Jefferson Highway, Ste. 2B
Baton Rouge, LA 70809
Telephone: 225-201-8311
Facsimile: 225-612-6973
Email: price@jpricemcnamara.com

ATTORNEYS FOR PLAINTIFF

AND

By: /s/ Iwana Rademaekers
Iwana Rademaekers
State Bar of Texas No. 16452560

LAW OFFICES OF IWANA RADEMAEKERS, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT