**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

**LINDA BRADSHAW** — **CIVIL ACTION NO.: 1:23-cv-00294-MJT**

**VERSUS**

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY**

**UNOPPOSED MOTION TO ATTEND CASE MANAGEMENT CONFERENCE BY TELEPHONE**

**NOW INTO COURT**, comes the undersigned counsel, who respectfully requests leave to attend the October 5, 2023 Case Management Conference by telephone for the following reasons:

1. Opposing counsel has been contacted about the relief requested herein and is unopposed.

2. The above-styled action is a claim by Plaintiff for recovery of disability benefits. Plaintiff and Defendant agree Plaintiff's claims are governed by the Employee Retirement Income Security Act of 1974, as amended 29 U.S.C. §1001, et seq. ("ERISA"), and that as such, will be submitted to the Court for judgment on a stipulated record and briefing alone.

3. On August 31, 2023, the Court set a Case Management Conference to take place on October 5, 2023 at 10:00 a.m. (Doc. 4), and ordered counsel to conduct a Rule 26(f) attorney conference by September 19, 2023.

4. Counsel conducted the conference as ordered and filed a Joint Report of Rule 26(f) Planning Meeting on September 19, 2023 setting forth proposed agreed deadlines including deadlines final briefing of the case on the merits. (Doc. 6)

5. The undersigned is a sole practitioner in Baton Rouge, Louisiana, and was under the mistaken impression that the October 5, 2023 conference was to be conducted by telephone.

6. Several months ago, the undersigned scheduled his full-time paralegal, who moved permanently to Virginia due to her husband's military assignment, to travel from her home in Virginia to Baton Rouge, Louisiana for an annual firm planning retreat that includes Thursday, October 4, 2023 and Friday October 5, 2023, after which she travels back home to Virginia. Much planning and preparation time has been put in for the retreat.

7. Through communications with other counsel the day before this filing, the undersigned realized that the October 5, 2023 conference was to be attended in person.

8. The scheduling components of this case are much simpler than typical litigation scheduling, and all counsel have agreed to proposed dates through final disposition should the Court accept them.

WHEREFORE, the undersigned respectfully requests leave to attend the October 5, 2023 Case Management Conference by telephone as set forth in the attached proposed order.

Respectfully Submitted,

s/J. Price McNamara

**J. PRICE McNAMARA (20291)**
10455 Jefferson Highway, Ste. 2B
Baton Rouge, LA 70809
Telephone: 225-201-8311
Facsimile: 225-201-8313
Email: price@jpricemcnamara.com
Attorney for Complainant

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of September 2023 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

s/J. Price McNamara