**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

**LINDA BRADSHAW** **CIVIL ACTION NO.: 1:23-cv-00294-MJT**

**VERSUS**

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY**

**ORDER**

For the reasons stated in the accompanying motion,

**IT IS ORDERED** that Plaintiff's counsel be, and hereby is permitted to attend the Case Management Conference in this matter on October 5, 2023 at 10:00 a.m. by telephone.

**THUS DONE AND SIGNED** in Chambers on this _____ day of _____________, 2023.

___________________________________
JUDGE