IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| LINDA BRADSHAW | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 1:23-CV-00294 |
| | § | JUDGE MICHAEL J. TRUNCALE |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY | § | |
| | § | |

**ORDER DENYING UNOPPOSED MOTION TO ATTEND CASE MANAGEMENT CONFERENCE BY TELEPHONE**

Before the Court is Plaintiff's Unopposed Motion to Attend Case Management Conference by Telephone. [Dkt. 7]. The above-referenced matter is currently set for a Case Management Conference on October 5, 2023. Plaintiff's counsel has requested to attend the conference via telephone due to a conflict in his schedule. After considering the Plaintiff's unopposed motion and reviewing the pleadings on file and all applicable law, the Court denies the same.

It is therefore **ORDERED** that Plaintiff's Unopposed Motion to Attend Case Management Conference by Telephone [Dkt. 7] is hereby **DENIED**. However, due to counsel's schedule conflict, the Court **RESETS** the Case Management Conference for **November 3, 2023 at 3:30 p.m. in Room 221, Jack Brooks Federal Courthouse, 300 Willow Street, Beaumont, Texas**. The Parties are further **ORDERED** to file their Joint Conference Report and proposed Scheduling Order on or before **October 30, 2023**.

**SIGNED this 3rd day of October, 2023.**

Michael J. Truncale
United States District Judge