IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| LINDA BRADSHAW | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 1:23-CV-00294 |
| | § | JUDGE MICHAEL J. TRUNCALE |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY | § | |
| | § | |

**ORDER ON CLOSING DOCUMENTS**

Before the Court is the Parties' Joint Notice of Settlement. [Dkt.10]. The Parties have advised the Court that the above-styled matter has settled.

It is therefore **ORDERED** that all Parties or their counsel shall submit to the Court all papers necessary for the closing of this case and its removal from the active docket of this Court on or before **April 19, 2024**. **If such papers are not received by the Court by the scheduled deadline, the Court may order dismissal of this action without further notice.** Within sixty (60) days of a dismissal order, any party may petition to have the case reinstated upon showing good cause as to why settlement was not in fact consummated.

It is further **ORDERED** that all Court dates and deadlines are hereby **VACATED**.

**SIGNED this 12th day of March, 2024.**

Michael J. Truncale
United States District Judge