IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| LINDA BRADSHAW | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 1:23-CV-00294 |
| | § | JUDGE MICHAEL J. TRUNCALE |
| THE LINCOLN NATIONAL LIFE | § | |
| INSURANCE COMPANY | § | |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the Parties' Joint Stipulation of Dismissal with Prejudice. [Dkt. 12]. The Parties are seeking a dismissal with prejudice of this matter pursuant to Federal Rule of Civil Procedure 41(a).

It is therefore **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, with each Party bearing its own attorney's fees and costs.

It is further **ORDERED** that all pending motions filed herein are **DENIED AS MOOT**.

**SIGNED this 28th day of March, 2024.**

_____
Michael J. Truncale
United States District Judge